IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK, | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 3:12-cv-4639-N |
| JOANA ACHIAMPONG, ET AL., | § § § | |
| Defendants. | § | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  It is also ordered that Defendant's motion to withdraw [docket no. 9] is denied as moot in view of the Court's remand.

SO ORDERED this 18th day of January, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE